# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| GREGORY D. WALSH, | |
| Petitioner, | No. C05-1039-LRR |
| vs. | |
| CAPTAIN CHAPMAN, | INITIAL REVIEW ORDER |
| Respondent. | |

This matter is before the court following transfer from the United States District Court for the Southern District of New York. On July 1, 2005, the Clerk of Court filed the petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2005, the Clerk of Court also filed a supplement and a motion for discovery.

The Clerk of Court only received the petitioner's 28 U.S.C. § 2254 application. The petitioner did not submit the statutory $5.00 filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $5.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Because the petitioner failed to submit either the statutory $5.00 filing fee or an application to proceed in forma pauperis, it is appropriate to summarily dismiss the petitioner's 28 U.S.C. § 2254 application under Rule 4 of the Rules Governing Section 2254 Cases.

Apart from failing to submit the statutory $5.00 filing fee or an application to proceed in forma pauperis, the petitioner fails to adequately assert that he properly presented all of his claims to the state courts as he is required to do if he seeks habeas corpus relief. *See* 28 U.S.C. § 2254(b)(1)(A); *Carmichael v. White*, 163 F.3d 1044, 1045-46 (8th Cir. 1998). *See also* Iowa Code § 822.1, et al. (providing for postconviction

relief). On the contrary, the petitioner indicates in his application for a writ of habeas corpus that he has not yet been convicted. Records corresponding to the petitioner's case indicate he is currently scheduled to go to trial on July 11, 2005. *See State v. Walsh*, No. FECR064854 (Dubuque County Dist. Ct. ____).[1] Because it is clear 28 U.S.C. § 2254(b) bars the petitioner's action, it is appropriate to summarily dismiss the petitioner's 28 U.S.C. § 2254 application under Rule 4 of the Rules Governing Section 2254 Cases.

For the foregoing reasons, the petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice. The Clerk of Court is directed to file the petitioner's application without the prepayment of fees for the purpose of making a record. The petitioner's motion for discovery is denied as moot.

**IT IS SO ORDERED**.
**DATED** this 8th day of July, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] Iowa state court criminal and civil records may be accessed at the following address: www.judicial.state.ia.us/online_records/.